UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-60448-CIV-MORENO

ABS-CBN CORPORATION,

    Plaintiffs,

vs.

DRAMALIKES.COM, *et al.*,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

THIS CAUSE came before the Court upon Plaintiffs' Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) **(D.E. 5)**, filed on **February 21, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court authorizes alternate service of process as allowed by Federal Rule of Civil Procedure 4(f)(3).

DONE AND ORDERED in Chambers at Miami, Florida, this 25 of Febru 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record